# LAW OFFICE OF CLIFFORD OLSHAKER, P.C.

40-47 75TH STREET, 2ND FL
ELMHURST, NEW YORK 11373

PHONE: (718) 429-2505
FASCIMILE: (718) 429-2096
CLIFFORDOLSHAKER@YAHOO.COM

October 5, 2021

*Via ECF*

The Honorable James L. Cott
Magistrate Judge for the
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   Brown v. Flexibility Capital Inc., Case No. 21-cv-06009-ALJ-JLC

Your Honor:

    Represent Flexibility Capital Inc. in the above-referenced matter. I am in the process of finalizing defendant Flexibility Capital's letter motion requesting bifurcation of discovery to be filed later today. I respectfully request that I be permitted to exceed the five (5) page maximum length (excluding attachments) contained in your Individual Practice Rule I. A. I anticipate the length of my letter motion to be no more than seven (7) pages in length.

Thank you,

Clifford Olshaker