# LAW OFFICE OF CLIFFORD OLSHAKER, P.C.

40-47 75TH STREET, 2ND FL
ELMHURST, NEW YORK 11373

PHONE: (718) 429-2505
FASCIMILE: (718) 429-2096
CLIFFORDOLSHAKER@YAHOO.COM

October 5, 2021

*Via ECF*

The Honorable James L. Cott
Magistrate Judge for the
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   Brown v. Flexibility Capital Inc., Case No. 21-cv-06009-ALJ-JLC

Your Honor:

      Kindly disregard my last correspondence. The case has been settled. The Court can expect a to be filed within 72 hours.

Thank you,

*[signature]*

Clifford Olshaker