**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Oct. 5, 2021
```

**Angela Brown**, *individually and on behalf of all others similarly situated*,

                              **Plaintiff,**

                  **v.**

Flexibility Capital, Inc. d/b/a Flexibility Capital & DOES 1-10, inclusive,

                             **Defendants.**

**1:21-cv-6009-ALC-JLC**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby

**ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar, if the application to restore the action is made within 30 (thirty) days.

**SO ORDERED.**

Dated: Oct. 5, 2021
New York, New York

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**